USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __11/30/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TINGYUE SHI,

                Plaintiff,

–v–

BAGATELLE INTERNATION, INC. *et al*,

                Defendants.

---

**ORDER**

20 Civ. 8473 (ER)

Ramos, D.J.:

    At the initial conference held on May 28, 2021, a case management conference was set for November 30, 2021 at 11 a.m. On November 29, 2021, the court advised the parties via ECF that the conference would be held telephonically.

    Counsel for defendant failed to appear at today's conference. Accordingly, the conference is adjourned to December 9, 2021 at 11 a.m. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

    It is SO ORDERED.

Dated: November 30, 2021
       New York, New York

                                          Edgardo Ramos, U.S.D.J.