UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINGYUE SHI,

          Plaintiff,

– against –

BATGATELLE INTERNATIONAL, INC. a/k/a BAGATELLE INTERNATIONAL (USA), INC., ANNE KING, individually and in her official capacity, JOHN AND JANE DOES 1-10, individually and in their official capacities, *and* XYZ CORP. 1-10,

          Defendants.

**OPINION & ORDER**

20-cv-8473 (ER)

RAMOS, D.J.:

    Pursuant to the Court's Individual Practices, joint pretrial statements are currently due July 26, 2023. However, because the case has been referred to Magistrate Judge Katharine H. Parker for a settlement conference (Doc. 49), the deadline for joint pretrial statements is stayed until the completion of the settlement conference.

It is SO ORDERED.

Dated:   July 14, 2023
           New York, New York

                                        EDGARDO RAMOS, U.S.D.J.